**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1318

SARA E. PARKER,

Plaintiff - Appellant,

versus

HOUSING AUTHORITY OF THE CITY OF RALEIGH,
NORTH CAROLINA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-03-414-5-BR)

Submitted: June 10, 2004                    Decided: June 16, 2004

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sara E. Parker, Appellant Pro Se. Charles Theophilus Francis, FRANCIS & AUSTIN, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sara E. Parker appeals the district court's order dismissing her complaint alleging violations of the Fair Housing Act, 42 U.S.C. § 3601 et seq. (2000), for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Parker v. Housing Authority, No. CA-03-414-5-BR (E.D.N.C. Feb. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED